```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
JANELYS HERNANDEZ,                                            :
                                  Plaintiff,                  :
                                                              :          23 Civ. 6572 (LGS)
              -against-                                       :
                                                              :                ORDER
                                                              :
BLACK CLOVER ENTERPRISES, LLC,                                :
                                  Defendant.                  :
                                                              :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for October 11, 2023;

WHEREAS, the September 21, 2023, Order instructed that if Defendant does not appear by September 28, 2023, Plaintiff shall file an Order to Show Cause for default judgment as to Defendant and related papers as provided in the Court's Individual Rules;

WHEREAS, Defendant has not appeared, and Plaintiff has not filed an Order to Show Cause for default judgment. It is hereby

**ORDERED** that the initial pretrial conference is adjourned *sine die*. It is further

**ORDERED** that no later than **October 10, 2023**, Plaintiff shall present an Order to Show Cause for default judgment as to Defendant, and related papers as required by this Court's Individual Rules. Failure to timely file these materials will result in dismissal of the case for failure to prosecute.

Counsel for Plaintiff is advised that if the case is dismissed for failure to prosecute, it will be the third case represented by the Law Office of Noor A. Saab to be dismissed by the Court for failure to prosecute in recent months. *See Brown v. Gruv, Inc.*, 23 Civ. 3000; *Hernandez v. Jacks Surf & Sport Shop*, 23 Civ. 3521. This trend is concerning and more severe sanctions may issue if it continues.

Dated: October 3, 2023
       New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**